IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION RECEIVED

Bobby Henderson, et al #101943 )
Danny Odom #108776 et al )
Earnest Franklin Platt 128625 )
    Plaintiff(s), )
Jere Chaton. 114060 )
Harold Gilmore, #164756 )
        v. )
Jefferson Dunn et al )
Charles Graddift, et al )
Gov. Key Ivey. et al )
    Defendant(s).

2020 DEC 16 A 10:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:20-CV-8-30-WKW

JURY DEMAND (MARK ONE)
☑ YES   ☐ NO

2:20-cv-01054-WHA-SMD

MOTION TO Amend Complaint of Constructions ~~Williams~~
of 8th And 14th Amd COMPLAINT under procedural Due process:
Rights of Inmates

1. Plaintiff(s)' address and telephone number: 3800 Fountain Atmore
Ala 36505

2. Name and address of defendant(s): Charles Graddift, Key Ivey,
Jefferson Dunn, Alabama Parole Board Members for over the
Past 45-Plus Years. 301 S. Ripley St. mont Al 36104

3. Place of alleged violation of civil rights: Alabama Board of Pardons And
Paroles, et al.

4. Date of alleged violation of civil rights: For over The Past 35-Years-40-

5. State the facts on which you base your allegation that your constitutional rights have been violated: Our Constitutional Rights have been violated like a deadly any, our Time over the years. we have been set off. Wheres at the Time of my Incoration I Recved CIT- Good Time on (LIFE) until the Act of 446 came in by Charlie Graddift, who stop'd good Time on 16-Years and above on an Illegal Act or An unlawful provision Act 446. 13A-5-9. is No Law at all. when inmates have been paroled that had the same or Similar or worser case than These Plaintiffs who has served over 35- and 40 Years- 41 Years or longer. This Violated The Ninth R's 8th And 14th Amdmt Right To Due process; To be Treated Differently Than others ... who's been Granted parole who did less-time. or had worser-case's Than our's and They were granted parole see Exhibit- A-B And They Never Took Any programs or Rehabilitation program ordered by the court as These plaintiffs with clear records of Disiplinary's to be set off (5) Years instead of being granted parole.

①

# STATEMENT OF FACTS

My Name is Harold Gilmore. #164786. Where I Have A Abuse of A Child. I've been in Prison since I was 16 - or 17 Years old. I'm Now 57. Years old. I've Also Recovered over (19) garabage Bag's of Inmate Mail and Inmate check's From Their Family over $18000 dollars. L.T. Scott And Cedrick Speck's ex-WARDEN was The Investigating Officer, And Inmate Aloysuis Thaddeus Henry 152683 witness his mail was Also In The Trash. LAshunda Johnson was The mail Room Clerk at This Time. 2009. 2010. I was shiped to Fountain Behind Finding This mail In The Trash. In 2011 or 2012. I Found Mail In The Trash at Fountain where Captain Hetridge Threw inmates Mail away at Fountain I was working Trash crew. I Should Have been made parole. My 8th and 14th Amd Right under Equal protection Has been violated.

## STATEMENT OF FACTS:

Mobile County

My name is Bobby Henderson 4/10/1943. I was sentenced to cities in 1971 Jan 25th. I made parole in 1980. I violated my parole by coming into contact with an ex-con 1982. I got out on parole in 2014. 6-months later I received a DUI in 2014. Never went to court on the case at all. Been set off every scene. Just went up 10/1/2020 for parole 2020, just got set off (3) years, until 2023. Abuse of discretion, violation of my 8th and 14th Amendment Rights under the U.S. Cont. of 1901 Equal Protection Claus:

Sentenced from: Mobile, County

## STATEMENT OF FACTS

E. Arnest Franklin Plott #128625

I was convicted of Rape 1st degree over (41) years ago, I've been up for parole over (20) times. And during my years in prison during the from 1980 until he retired or got voted out. Charlie Graddick was the Attorney General of the State of Alabama and fought to keep inmates in prison. And Kay Ivey knows this cause she was right their in the white building call the State Capital, and she's been their over (45) - years Kay Ivey. This is a 8th And 14th Amendment violation and cruel and unusual punishment. I was sentenced in 1980 it's now 2020 35 Years later. Conflict of Intrest for Charlie Graddick to be their over the Parole Board as Director.

STATMENT OF THE FACTS

MY NAME IS DANNY ODEM #108776

Sentured From: JEFFERSON COUNTY

I've Been in prison since 1973 for a Robbery and got (Life) Judge JASPER who's Been Dead and gone. I've Been up for parole over (35) Times and Been Denied. I Came To Prison During Rehebilitation and I'm Rehibilitated to the Fullest after over (40) Years.

## STATEMENT OF FACTS

Mobile, Al

My Name is Jere Chatom #114060

I've Been in prison since 1975 for murder Att-murder and poss marijuana. I've served over 45- years Stright. Been up for parole over (15) Times and was denied. Where my 8th And 14th Amendment Right's To procedural due process - where At The Time of The 80'S Chrlie Gradcliff was in office as The Attorney General of The State of Alabama which is a Conflict of Intrest in my case And my conviction. Not To be granted parole, where when I came To prison it was Rehabilatation and I an wreer Rehabilitated To The Fullest after 35 or 40 - years. With a good Record.

6. Relief requested: To Be Provided The Same Eaqual Treatment of US Being Granted Parole Just as Others with same or similar cases, where we've Taken Rehabilitation Programs and Denied Parole. Others Took No Programs And was Granted Parole. This Violated our 8th and 14th Amd Rights

Date: 11-21-2020

Danny Odom 108776 et al
Bubby Hedman, 101943
Plaintiff(s) Signature

MR. DANNY ODOM #108776
3800 Fountain
Atmore, AL 36602

K-DORM

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

**LEGAL**

OFFICE OF The Court Clerk.
United STATES DISTRICT Court For
The Middle District OF ALABAMA
Montgomery, AL 36104

US POSTAGE $000.65
NOV 30 2020
MAILED FROM ZIP CODE 36502